JOSEPH KOEHNE, Respondent, *v.* HOTEL ASTOR, INC., Appellant.

*Koehne* v. *Hotel Astor, Inc.*, 167 App. Div. 926, affirmed.
(Argued October 17, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover

for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff was employed as a carpenter. Defendant maintained in its hotel a shop where its furniture and fixtures were repaired. The plaintiff sustained his injuries while boring a hole in a section of a table leg upon a boring machine. This section was about ten inches long. He testified that the drill which had penetrated the wood for a depth of six inches became caught, and as he pulled the work back the bed plate of the machine was pulled back out of the sockets and fell upon his foot. It was charged that defendant was negligent, *first*, in that no safety appliance was used to prevent the bed from leaving the sockets when it was pulled back, and *secondly*, in that the superintendent did not warn the plaintiff that the bed might come out and fall upon him when pulled back.

*Theodore H. Lord, Lyman A. Spalding* and *John H. Jackson* for appellant.

*Otto Gillig* and *Charles Maitland Beattie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.